Catherine Muriel **TALBERT**, et al., **Plaintiffs–Respondents**,

v.

Claude **PATTERSON**, et al., **Defendants–Appellants**.

No. 56811.

Missouri Court of Appeals, Eastern District, Division Two.

May 22, 1990.

Vernon R. Dawdy, Fenton, for defendants-appellants.

William James O'Herin, St. Louis, for plaintiffs-respondents.

## ORDER

PER CURIAM.

Appeal from the jury verdict in a will contest declaring decedent's will be set aside due to the undue influence of appellant. We find any further discussion of this matter to be of no precedential value.

Judgment affirmed. Rule 84.16(b).